IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00192-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  ANA JUDITH AMAYA,

     Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

     It is ORDERED that the Trial Preparation Conference previously scheduled for **October 16, 2009 at 3:00 p.m.** is vacated and rescheduled for **October 13, 2009 at 1:30 p.m.**

     Dated September 16, 2009.