# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00192-PAB-1

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  ANA JUDITH AMAYA,
  a.k.a. Ana Judith Banuelos, a.k.a. Ana Judith Banuelos Galvez, a.k.a. Ana Banuelos Galvez,

  Defendant.

## ORDER

  THIS MATTER comes before the court on the Government's Motion to Disclose Grand Jury Material To Defendant.

  HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

  ORDERED that the Government's motion is granted, and that grand jury materials as described in the motion may be disclosed to Defendant and her attorneys in the course of discovery in this case.  It is further

  ORDERED that such materials shall only be used in defending this case; that such materials are to be disclosed only to Defendant and her attorneys; and that the defense attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same.

DATED this 2nd day of October, 2009.

BY THE COURT:

s/Philip A. Brimmer
JUDGE PHILIP A. BRIMMER
U.S. DISTRICT COURT JUDGE
DISTRICT OF COLORADO