IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00192-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANA JUDITH AMAYA,

      Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

On September 14, 2011, the probation officer submitted a petition to the Court noting that the defendant was statutorily eligible for early termination of probation in this case. On September 16, 2011, the United States filed a notice indicating it did not object to the petition. Upon the Court's review of the defendant's overall compliance on probation, the Court finds that early termination is warranted. Therefore, it is

ORDERED that defendant Ana Judith Amaya is discharged from probation and that proceedings in this case are terminated.

DATED at Denver, Colorado, this 20th day of September, 2011.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        Philip A. Brimmer
                        United States District Judge